**United States District Court**
**For the District of New Jersey**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **WAIVER OF INDICTMENT** |
| v. | : | |
| DECK WON KANG | : | |

I, Deck Wong Kang, the above-named defendant, who is charged with a violation of the Foreign Corrupt Practices Act of 1977, specifically using interstate commerce corruptly in furtherance of an offer to pay and paying anything of value to a foreign official, in violation of Title 15, United States Code, 78dd-2, being advised of the nature of the charge, the proposed Information, and my rights, hereby waive in open court on December 17, 2020, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Deck Wong Kang
Defendant

_____
Robert Mintz, Esq.
Counsel for Defendant

Before: _____
Honorable Claire C. Cecchi
United States District Judge