2016R00465/AK/SD/jw

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Claire C. Cecchi |
| v. | : | Crim. No. 20-1077 |
| DECK WON KANG, | : | CONSENT JUDGMENT AND ORDER OF FORFEITURE |
| Defendant. | : | <u>(MONEY JUDGMENT)</u> |

On or about December 17, 2020, pursuant to a plea agreement with the United States, defendant Deck Won Kang (the "defendant") pleaded guilty to a one-count information charging him with violating the Foreign Corrupt Practices Act, in violation of 15 U.S.C. § 78dd-2. In the plea agreement, the defendant agreed to forfeit to the United States all of his right, title, and interest in $1,500,000.00 (the "Money Judgment").

In the plea agreement, the defendant further waived the requirements of Rules 32.2 and 43(a) of the Federal Rules of Criminal Procedure regarding notice of the forfeiture in the charging instrument, announcement of the forfeiture at sentencing, and incorporation of the forfeiture in the judgment; acknowledged he understood that the imposition of the Money Judgment is part of the sentence that may be imposed in this case; waived any failure by the court to advise him of this, pursuant to Rule 11(b)(1)(J) of the Federal Rules of Criminal Procedure, at the guilty plea proceeding; and waived any and all claims that the forfeiture constitutes an excessive fine and agreed that the forfeiture does not violate the Eighth Amendment. The defendant further acknowledged that any forfeiture of

his assets shall not be treated as satisfaction of any fine, restitution, cost of imprisonment, or any other penalty the Court may impose upon him in addition to forfeiture.

The defendant additionally acknowledged that one or more of the criteria set forth in 21 U.S.C. § 853(p) are met, entitling the United States to forfeit substitute assets.

Having considered the plea agreement, the record as a whole, and the applicable law, it is hereby ORDERED, ADJUDGED, AND DECREED THAT:

1. $1,500,000.00, which represents property, real or personal, that constitutes or is derived from proceeds obtained by the defendant that are traceable to the commission of the offense to which the defendant has pleaded guilty, is forfeited to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2. The defendant having conceded that one or more of the criteria set forth in 21 U.S.C. § 853(p) are met, the United States is entitled to forfeit proceeds and/or substitute assets equal to the value of the proceeds obtained by the defendant, which was $1,500,000.00. A money judgment in the amount of $1,500,000.00 (the "Money Judgment") is hereby entered against the defendant, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), 21 U.S.C. § 853(p), and Federal Rule of Criminal Procedure 32.2(b). The defendant has paid, and the United States hereby acknowledges receipt of, $300,000.00 of the Money Judgment, leaving an unpaid balance on the Money Judgment of $1,200,000.00.

3. All of the remaining payments on the Money Judgment shall be made by postal money order, bank or certified check, made payable, in this instance to the United States Marshals Service, and delivered to the United States Attorney's Office, District of New Jersey, Attn: Asset Forfeiture and Money Laundering Unit, 970 Broad Street, 7th Floor, Newark, New Jersey 07102, and shall indicate the defendant's name and case number on the face of the check.

4. All payments on the Money Judgment are forfeited to the United States of America as substitute assets, pursuant to 21 U.S.C. § 853(p). The United States Marshals Service shall deposit such payments in its Seized Assets Deposit Account, and upon clearing of the financial instrument, shall deposit the funds in the Assets Forfeiture Fund, for disposition according to law. The United States shall have clear title to such payments, proceeds, and/or substitute assets up to the amount of the Money Judgment ($1,500,000.00).

5. Pursuant to Federal Rule of Criminal Procedure 32.2(b)(3) and 21 U.S.C. § 853(n), upon entry of this Order, and until this the Money Judgment is fully satisfied, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate, or dispose of substitute assets to satisfy this Money Judgment, or in connection with any petitions filed with regard to substitute assets, including depositions, interrogatories, requests for production of documents, and the issuance of subpoenas.

6. This Order shall be deemed part of the sentence of the defendant and shall be included in the judgment of conviction therewith.

7. The Clerk of the Court is directed to enter a Criminal Forfeiture Money Judgment against the defendant in favor of the United States in the amount of $1,500,000.00.

8. This Court shall retain jurisdiction to enforce this Order and to amend it as necessary.

Dated: 3/16/2021

_____
HON. CLAIRE C. CECCHI
UNITED STATES DISTRICT JUDGE

The undersigned hereby consent to
the entry and form of this order:

RACHAEL A. HONIG
Acting United States Attorney

_____      Dated: February 16, 2021
By: Andrew Kogan
Assistant United States Attorney

_____      Dated: March 9, 2021
Robert Mintz, Esq.
Attorney for Deck Won Kang

_____      Dated: March 9, 2021
Deck Won Kang
Defendant

ME1 35665103v.1