DNJ-Cr-021 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DECK WON KANG<br><br>Defendant(s). | Criminal No.  20-1077 (CCC)<br><br>**SENTENCING SUBMISSION NOTICE OF THE UNITED STATES** |

Please be advised that, on this date, the United States submitted sentencing materials to the Court in this case concerning the defendant  DECK WON KANG  .

Date:  April 30, 2021

RACHAEL A. HONIG
Acting United States Attorney

By:   S/Andrew Kogan
       Assistant U.S. Attorney