PROB 12A
(6/21)

# United States District Court
## for
## District of New Jersey
## Report on Individual Under Supervision

Name of Individual Under Supervision: Deckwon Kang                               Cr.: 20-01077-001
                                                                                 PACTS #: 7293933

Name of Sentencing Judicial Officer:    THE HONORABLE CLAIRE C. CECCHI
                                         UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 05/19/2021

Original Offense:    Count 1: Foreign Corrupt Practices Act, 15 U.S.C. § 78

Original Sentence: Three (3) years' probation

Special Conditions: Forfeiture and Self-Employment/Business Disclosure

Type of Supervision: Probation                          Date Supervision Commenced: 05/19/2021

## INTERNATIONAL TRAVEL REQUEST

The individual under supervision is requesting to travel to Seoul, South Korea from February 28, 2024, to March 15, 2024. He will be traveling alone to participate in a commercial arbitration. Mr. Kang will be residing at InterContinental Seoul COEX Hotel at 524 Bongeunsa-ro, Gangnam-gu, Seoul, South Korea.

On September 6, 2023, Your Honor granted Mr. Kang permission to travel to South Korea from September 12, 2023, to September 30, 2023, to participate in a commercial arbitration.

U.S. Probation Officer Action:

Our office recommends travel request be approved. Kang reports as instructed and submits monthly supervision reports. Deckwon Kang has maintained a stable residence and is employed with Primacy Engineering in Englewood Cliffs, New Jersey. As such, he is in full compliance with the conditions of supervised release.

                                                    Respectfully submitted,

                                                    SUSAN M. SMALLEY, Chief
                                                    U.S. Probation Officer

                                           By:      PATRICK HATTERSLEY
                                                    Supervising U.S. Probation Officer

/smk

Prob 12A – page 2
Deckwon Kang

PREPARED BY:

_____     02/22/24
SIMON M. KRIVORUK                     Date
U.S. Probation Technician

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☐ Travel Approved

☐ Travel Denied

☒ Travel Approved and all future travel requests be at the discretion of the Probation Office (as recommended by probation)

☐ Other

_____
Signature of Judicial Officer

2/26/2024
Date